UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ROSEMARIE AMBROSIO,

       Plaintiff,

v.

CARE AUTO ENTERPRISE, INC. F/K/A
BUDGET AUTO ENTERPRISE, INC.,
ABRAHAM LEVY,

       Defendants.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, ROSEMARIE AMBROSIO, brings this action against Defendants, CARE AUTO ENTERPRISE, INC. F/K/A BUDGET AUTO ENTERPRISE, INC. and ABRAHAM LEVY, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1.     Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.     At all times material hereto, Plaintiff ROSEMARIE AMBROSIO was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3.     At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate communication.

4.     At all times material hereto, Defendant, CARE AUTO ENTERPRISE, INC. F/K/A BUDGET AUTO ENTERPRISE, INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of car body shop services and used car dealership, at all times material hereto was the "employer" of Plaintiff as that term is defined

1

under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. In justifiable reliance upon Defendants' representations and promises, Plaintiff accepted employment and began working for Defendants as an administrative assistant.

6. Defendants failed to pay Plaintiff her full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all hours worked over 40 each week.

7. Defendant, ABRAHAM LEVY, is a resident of Broward County, Florida and, at all times material hereto, was the managing agent, director and/or owner of CARE AUTO ENTERPRISE, INC. F/K/A BUDGET AUTO ENTERPRISE, INC.; said Defendant acted and acts directly in the interests of CARE AUTO ENTERPRISE, INC. F/K/A BUDGET AUTO ENTERPRISE, INC. in relation to CARE AUTO ENTERPRISE, INC. F/K/A BUDGET AUTO ENTERPRISE, INC.'s employees, exercised operational control over CARE AUTO ENTERPRISE, INC. F/K/A BUDGET AUTO ENTERPRISE, INC., and directed and controlled the work and employment of Plaintiff. Defendant effectively dominates CARE AUTO ENTERPRISE, INC. F/K/A BUDGET AUTO ENTERPRISE, INC. administratively and otherwise acts on behalf of the corporation relative its employees and had the authority to direct and control the work of others. Thus, ABRAHAM LEVY was and is an "employer" of Plaintiff within the meaning of 29 U.S.C. §203(d).

8. Defendant ABRAHAM LEVY controlled Plaintiff's pay, hours worked, and duties.

9. Plaintiff has attached a statement of claim as <u>Exhibit A</u> to provide preliminary estimates of the hours worked, amounts paid, and the damages. These amounts may change as Plaintiff engages in the discovery process.

10. Defendants have knowingly and willfully refused to pay Plaintiff her legally-entitled wages.

11. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

12. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

13. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-12 above as if set forth herein in full.

14. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

15. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:     (786) 358-6071
Email:  ekoz@kozlawfirm.com

*Elliot A. Kozolchyk*
_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

4